1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

LYNETTE PANG, et al.,

Case No. 18-cv-01882-PJH

8

Plaintiffs,

9

v.

**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE**

10

SAMSUNG ELECTRONICS AMERICA, INC.,

11

Defendant.

Re: Dkt. No. 46

12
13
14

Pursuant to Federal Rule of Civil Procedure 15(a), this court's prior order, and L.R.

15

7-2, plaintiffs moved for leave to file a proposed Second Amended Complaint (the

16

"SAC"). Defendant subsequently filed a notice of non-opposition to plaintiffs' motion.

17

Good cause appearing, the court GRANTS plaintiffs' motion for leave to file the SAC.

18

The proposed SAC, Dkt. 46-2, is deemed filed and served as of the date of this order.

19

In addition, the court sets the following briefing schedule on defendant's

20

forthcoming motion to compel arbitration:

21

- **January 21, 2019**: Deadline for Samsung to file its motion to compel

22

arbitration;

23

- **February 4, 2019**: Deadline for plaintiffs to file any opposition to

24

Samsung's motion to compel;

25

- **February 11, 2019**: Deadline for Samsung to file any reply to plaintiffs'

26

opposition;

27

- **February 27, 2019, at 9:00 a.m.**: Hearing on Samsung's motion to

28

compel in Courtroom 3, on the 3rd floor of the Federal Building, 1301

1                          Clay Street, Oakland, California.

2          **IT IS SO ORDERED.**

3    Dated: November 20, 2018

4                                                _____

5                                            PHYLLIS J. HAMILTON
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California