Michael D. Woerner (admitted pro hac vice)
Matthew M. Gerend (admitted pro hac vice)
Alison S. Gaffney (admitted pro hac vice)
Garrett A. Heilman (admitted pro hac vice)
KELLER ROHRBACK L.L.P.
1201 Third Ave., Suite 3200
Seattle, WA 98101
Tel.: (206) 623-1900
Fax: (206) 623-3384

*Attorneys for Plaintiffs*
(Additional Counsel Listed in the Signature Block)

GREENBERG TAURIG, LLP
Robert J. Herrington (SBN 234417)
Michael E. McCarthy (SBN 301010)
1840 Century Park East, Suite 1900
Los Angeles, CA 90067-2121
Tel.: (310) 586-7700
Fax: (310) 586-7800
herringtonr@gtlaw.com
mccarthyme@gtlaw.com

*Attorneys for Defendant Samsung Electronics America, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| LYNETTE PANG, TIMO MASALIN, AND CINDY SEMINATORE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendant. | CASE NO. 4:18-cv-01882-PJH<br><br>Hon. Phyllis J. Hamilton<br><br>**JOINT STIPULATED DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs Lynette Pang, Timo Masalin and Cindy Seminatore (collectively, the "Named Plaintiffs") and Defendant Samsung Electronics America, Inc. ("Samsung") hereby stipulate and agree that: (1) all individual claims that the

Named Plaintiffs asserted or could have asserted on his or her own behalf in the litigation are hereby dismissed *with* prejudice; and (2) the claims of the putative class asserted in the litigation are hereby dismissed *without* prejudice and *without* notice.  The Named Plaintiffs and Samsung have resolved all issues concerning attorney's fees and costs.

      This dismissal does not affect the rights of any putative class member.  The notice and approval requirements of Federal Rule of Civil Procedure 23(e) are inapplicable because this action has not been certified as a class, and a class is not proposed to be certified for purposes of settlement.

DATED: October 31, 2019          Respectfully submitted,

KELLER ROHRBACK L.L.P.

By:  /s/ *Michael D. Woerner*
Michael D. Woerner (admitted pro hac vice)
Matthew M. Gerend (admitted pro hac vice)
Alison S. Gaffney (admitted pro hac vice)
Garrett A. Heilman (admitted pro hac vice)

Jeffrey Lewis (SBN 66587)
300 Lakeside Drive, Suite 1000
Oakland, CA 94612
Tel.: (510) 463-3900; Fax: (510) 463-3901
jlewis@kellerrohrback.com
*Attorneys for Plaintiffs*

DATED: October 31, 2019          GREENBERG TAURIG, LLP

By:  /s/ *Robert J. Herrington*
Robert J. Herrington
Michael E. McCarthy
Attorneys for Defendant
*Samsung Electronics America, Inc.*

## ATTESTATION OF FILER

I, Michael D. Woerner, am the ECF user whose identification and password are being used to file this JOINT STIPULATED DISMISSAL.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document concurred in its filing.

                                              */s/ Michael D. Woerner*
                                              Michael D. Woerner