1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **NORTHERN DISTRICT OF CALIFORNIA**

10 **OAKLAND DIVISION**

11

12 LYNETTE PANG, TIMO MASALIN, AND
CINDY SEMINATORE, individually and on
13 behalf of all others similarly situated,

14        Plaintiffs,

15 v.

16 SAMSUNG ELECTRONICS AMERICA,
INC.,
17

18        Defendant.

CASE NO. 4:18-cv-01882-PJH

Hon. Phyllis J. Hamilton


**[PROPOSED] ORDER GRANTING JOINT
STIPULATED DISMISSAL**

**[Submitted concurrently with Joint Stipulated
Dismissal]**

19

20

21

22

23

24

25

26

27

28

1    Having considered the parties' Joint Stipulated Dismissal of Action With Prejudice as to Individual

2    Claims of Lynette Pang, Timo Masalin and Cindy Seminatore, and Without Prejudice as to the Putative

3    Class, and good cause appearing therefore, IT IS HEREBY ORDERED that:

4        1.    This action is dismissed with prejudice as to Plaintiffs Lynette Pang, Timo Masalin and

5              Cindy Seminatore;

6        2.    This action is dismissed without prejudice as to the putative class;

7        3.    The parties have resolved all issues concerning attorney's fees and costs.

8
9        IT IS SO ORDERED.

10
11   Dated:   October 31, 2019

IT IS SO ORDERED

Judge Phyllis J. Hamilton

12   Hon.
     United States District Judge

[PROPOSED] ORDER GRANTING JOINT STIPULATED DISMISSAL
Case No. 4:18-cv-01882-PJH